UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG BEENE<br>Plaintiff, | ]<br>]<br>] | |
| v. | ]<br>] | No. 3:14-2387<br>SENIOR JUDGE HAYNES |
| BARBRA SPANN, et al.<br>Defendants. | ]<br>] | |

## ORDER

By Order entered on February 13, 2015 (Docket Entry No. 7), the Court granted Plaintiff thirty (30) days to pay the full filing fee of four hundred dollars ($400). 28 U.S.C. § 1915(g). At that time, the Court forewarned Plaintiff that upon failure to pay the filing fee, the full amount of the filing fee would be assessed against him and collected from his inmate trust account, and this action would be dismissed for want of prosecution. In re Alea, 286 F.3d 378, 382 (6th Cir. 2002).

The thirty day period has expired and the Plaintiff has not yet complied with the instructions of the Court by paying the filing fee.

Accordingly, Plaintiff is herewith **ASSESSED** the civil filing fee of $400.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the Plaintiff's inmate trust account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to the Plaintiff's inmate trust

1

account; **or**

(b) twenty percent (20%) of the average monthly balance in the Plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the Plaintiff's preceding monthly income (or income credited to the Plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

This action is hereby **DISMISSED** for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P. The Clerk is directed to send a copy of this order to the Warden of the West Tennessee State Penitentiary to insure that the custodian of Plaintiff's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing fee.

Entry of this order shall constitute the final judgment in this case.

It is so **ORDERED**.

**ENTERED** this the 23rd day of March, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge